Ben TYSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 27481.

Court of Criminal Appeals of Texas.

March 23, 1955.

Vernon Edward COWAN, Appellant,

v.

The STATE of Texas, Appellee.

No. 27492.

Court of Criminal Appeals of Texas.

March 23, 1955.

No attorney on appeal.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated, with a prior conviction for an offense of like character alleged for the purpose of enhancement; the punishment, 1 year in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

No attorney on appeal.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This purports to be an appeal from a conviction for driving while intoxicated, with punishment assessed at 3 days in jail and a fine of $50.

As required by art. 827, C.C.P., the record does not reflect that a notice of appeal was given and entered of record.

In the absence thereof, this Court has no jurisdiction to entertain the appeal.

The appeal is dismissed.